# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 22, 2023

Lyle W. Cayce
Clerk

No. 20-50093
Summary Calendar

—————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LUIS MANUEL RODRIGUEZ-PORRO,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:18-CR-2864-1

———————————————————

Before KING, HAYNES, and GRAVES, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Luis Manuel Rodriguez-Porro has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rodriguez-Porro has not filed a response. We have reviewed counsel's brief and the relevant portions of the

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 20-50093

record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.